IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHEILA RAU, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>-vs-<br><br>UNITED PARCEL SERVICE, INC., a Delaware Corporation; and UNITED PARCEL SERVICE, INC., an Ohio corporation,<br><br>　　　　　　　　Defendant. | **CASE NO.: 1:12-cv-00194-BLW**<br><br>**ORDER GRANTING STIPULATION TO WAIVE INITIAL DISCLOSURES RE: IDENTIFICATION OF DOCUMENTS** |

　　　　PURSUANT to the Stipulation of the parties (Dkt. 14) , IT IS HEREBY ORDERED that:

　　　　1.　　The parties shall not be required to identify relevant documents in their respective initial disclosures;

　　　　2.　　The parties are permitted to proceed with discovery after serving initial disclosures pertaining to identifying individuals likely to have discoverable information, damages and insurance.

DATED: September 12, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER GRANTING STIPULATION TO WAIVE INITIAL DISCLOSURES AND PROCEED WITH DISCOVERY - 1