IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHEILA RAU, an individual,  )<br>  )<br>  Plaintiff,  )<br>  )<br>-vs-  )<br>  )<br>UNITED PARCEL SERVICE, INC., a  )<br>Delaware Corporation; and UNITED  )<br>PARCEL SERVICE, INC., an Ohio  )<br>corporation,  )<br>  )<br>  Defendant.  ) | **CASE NO.: 1:12-cv-00194-BLW**<br><br>**ORDER GRANTING STIPULATION TO WAIVE INITIAL DISCLOSURES RE: IDENTIFICATION OF DOCUMENTS** |

PURSUANT to the Stipulation of the parties (Dkt. 14) , IT IS HEREBY ORDERED that:

1. The parties shall not be required to identify relevant documents in their respective initial disclosures;

2. The parties are permitted to proceed with discovery after serving initial disclosures pertaining to identifying individuals likely to have discoverable information, damages and insurance.

DATED: September 12, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER GRANTING STIPULATION TO WAIVE INITIAL DISCLOSURES AND PROCEED WITH DISCOVERY - 1