UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHEILA RAU, an Individual,<br><br>                    Plaintiff,<br>   v.<br><br>UNITED PARCEL SERVICE, INC., a Delaware Corporation; and UNITED PARCEL SERVICE, INC., an Ohio corporation,<br><br>                    Defendant. | Case No. 1:12-CV-00194-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of defendant, and that this case be dismissed in its entirety.

DATED: July 31, 2013

B. Lynn Winmill
Chief Judge
United States District Court

**JUDGMENT - 1**